# Adams & Commissiong LLP

Attorneys at Law

65 BROADWAY SUITE 715　　　　　　　　　　　　　　　　　　　　　　MARTIN E. ADAMS
NEW YORK, NY 10006　　　　　　　　　　　　　　　　　　　　　KARLOFF C. COMMISSIONG
TEL: 212-430-6590　　　　　　　　　　　　　　　　　　ADMITTED TO PRACTICE IN NEW YORK
FAX: 212-981-3305　　　　　　　　　　　　　　　　　　　　　　　　　　WWW.AMCMLAW.COM

September 13, 2017

VIA E.C.F.

SO ORDERED: 9/15/17

Hon. Alison J. Nathan
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re: <u>United States v. Robert Diaz, et al., including Christian Cardenas</u>, 17 Cr. 339 (AJN) –
Request 1-week continuance of Court Order dated August 31, 2017

Dear Judge Nathan:

I write to request a 1-week continuance of the Court's Order, dated August 31, 2017, to file a letter by September 15, 2017, indicating whether Mr. Cardenas was making a motion and if so what he was requesting. In light of the notice of appearance filed today by Justin Levine, Esq., indicating that he has been retained by Mr. Cardenas, I respectfully request a 1-week continuance in responding to the Court's Order, to give Mr. Levine the opportunity to discuss the matter with Mr. Cardenas, and respond to the Court regarding this matter.   **SO ORDERED.**

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc:　A.U.S.A. Jane Kim (Via Electronic Mail)
　　　A.U.S.A. Elizabeth Hanft (Via Electronic Mail)
　　　A.U.S.A. Jason Richman (Via Electronic Mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 15 2017