Probation Form No. 35
(1/92)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021

UNITED STATES OF AMERICA

v.

Docket No. 0208 1:17CR00339- 09 (AJN)

Nicole Munderville

On November 26, 2018, the above-named supervisee was placed on Supervised Release for a period of four (4) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that effective the date of this order, Nicole Munderville be discharged from Supervised Release

Respectfully submitted,

by *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer

**ORDER OF THE COURT**

Effective immediately, pursuant to the above report, it is ordered that the supervisee is discharged from Supervised Release and that the proceedings in the case can be terminated.

Date this  22nd  day of  February , 20 21 .

*Alison J. Nathan*

Honorable Alison J. Nathan
U.S. District Judge